

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2015

No. 04-14-00581-CV

Dean **DAVENPORT**, Dillon Water Resources, Ltd., 5D Drilling and Pump Service, Inc., f/k/a Davenport Drilling & Pump Service, Inc., 5D Water Resources, LLC f/k/a Davenport Oper., LLC, Water Exploration Co., Ltd., WAD, Inc., Water Investment Leasing Company,, Appellants

v.

Tom **HALL**, et al., Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-03086
Honorable Peter A. Sakai, Judge Presiding

## A M E N D E D   O R D E R

Before the Court is appellees/cross-appellants' (Hall parties) motion to dismiss the appeal and appellants/cross-appellees' (Davenport parties) motion to abate appeal.

The trial court signed the final judgment in this matter on May 20, 2014. The Hall parties filed a motion for new trial, and the trial court granted this motion on September 2, 2014. In the meantime, however, the Davenport and Hall parties both filed notices of appeal in this court. The Hall parties then filed a motion to dismiss the appeal based upon lack of appellate jurisdiction. The Davenport parties filed a writ of mandamus challenging the trial court's order granting a new trial and a motion to abate this appeal until the time the mandamus is determined.

The Davenport parties' motion to abate is GRANTED. The Hall parties' motion to dismiss is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court